SIGMUND ZEGLEN, Plaintiff, v. JOHN H. MINKIEWICZ, Respondent, and ARTHUR P. ADAMSON, Appellant. (Action No. 1.) SIGMUND ZEGLEN, Plaintiff, v. GENERAL ELECTRIC COMPANY, Defendant. (Action No. 2.) — Order unanimously affirmed, with $10 costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

In the Matter of GLEN OPERATING CORPORATION et al., Appellants, v. PUBLIC SERVICE COMMISSION, et al., Respondents.— Application for an order permitting petitioners to eliminate from the printed record the 33 volumes of stenographer's minutes and the 165 exhibits constituting Item No. 3 of the return and to direct the Public Service Commission to file said minutes and exhibits with the Clerk of this court, and to allow petitioners to prosecute this proceeding upon such minutes and exhibits without prejudice to any party to refer to same upon the argument or in a brief in the manner prescribed under our rule VII. Motion denied. Attention of petitioners is directed to rules VI and VII of the rules of this court. Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.

In the Matter of DAVID W. CORWIN, Petitioner, v. PAUL MERCIER, Respondent.— Motion of respondent to dismiss the proceeding is denied, without costs. The issues raised by the petition and answer are referred to Honorable Isadore Bookstein, Official Referee, to take the proofs of the parties and to report the same to this court together with his opinion thereon with all convenient speed. Motion to preclude petitioner from giving evidence at the trial of the items of which particulars have not been furnished also denied, without costs. We are satisfied that petitioner in good faith has supplied such particulars as are available in the exercise of reasonable diligence. However, he is directed to furnish to respondent such additional particulars as he may later obtain at any time before the proceeding is reached for trial. Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOORE, Appellant.— Motion for an order striking out and expunging the brief of the respondent herein and transferring the argument of this appeal to another Appellate Division. Motion denied. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

HARRY KIRKER, Respondent, v. CHARLES SPALT, Doing Business as SPALT REALTY COMPANY, et al., Appellants. FRANCIS L. McQUIDE et al., Respondents, v. CHARLES SPALT, Doing Business as SPALT REALTY COMPANY, et al., Appellants.— Decision handed down January 26, 1962 amended so as to provide that appeals be dismissed unless appellants shall file and serve record, brief and note of issue on or before August 1, 1962 and be ready for argument at the September Term. Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.

In the Matter of the Claim of EDITH REIFF, Appellant, v. TABLE CONDIMENTS CO-OP, INC., Respondent.— Motion to compel acceptance of notice of appeal denied, without costs. Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.

## (April 20, 1962)

TIPPETTS-ABBETT-McCARTHY-STRATTON, Respondent, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before May 4, 1962 and be ready for argument during the May 1962 Term, in which event motion denied. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.